**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| **OLIVIA MCCULLOUGH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | No.: 2:21-cv-02264-CSB-EIL |
| ) | |
| **IDE MANAGEMENT CORPORATION,** ) | |
| d/b/a **NORTH LOGAN HEALTH CARE, LLC.,** ) | |
| ) | |
| **Defendant.** ) | |

## STIPULATION TO DISMISS

NOW COME the Parties, Plaintiff, Olivia McCullough; and Defendant, IDE Management Corporation.; and hereby stipulate that this matter is to be dismissed, with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure, with each party to bear their own respective attorney's fees and court costs.

| | |
|---|---|
| By: /s/Ronald S. Langacker | By: /s/Gregory H. Andrews |
| Ronald S. Langacker, #6239469 | Gregory H. Andrews |
| Langacker Law | Jackson Lewis P.C. |
| 210 N. Broadway Ave. | 150 North Michigan Avenue, Suite 2500 |
| Urbana, Illinois 61801 | Chicago, Illinois 60601 |
| (217) 954-1025 | (312) 803-2504 |
| ron@langackerlaw.com | Gregory.andrews@jacksonlewis.com |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| **OLIVIA MCCULLOUGH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) No.: 2:21-cv-02264-CSB-EIL |
| | ) |
| **IDE MANAGEMENT CORPORATION,** | ) |
| d/b/a **NORTH LOGAN HEALTH CARE, LLC.,** | ) |
| | ) |
| **Defendant.** | ) |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on July 29, 2022, he electronically filed the foregoing **Stipulation to Dismiss** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Mr. Gregory H. Andrews
Jackson Lewis P.C.
150 North Michigan Avenue, Suite 2500
Chicago, Illinois 60601
(312) 803-2504
Gregory.andrews@jacksonlewis.com

/s/ Ronald S. Langacker
Ronald S. Langacker, #6239469
Langacker Law, Ltd.
210 N. Broadway Ave.
Urbana, Illinois 61801
(217) 954-1025
ron@langackerlaw.com